# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**SEALED**   **FILED**

OCT 1 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

IRVIN GRIFFIN

**CRIMINAL COMPLAINT**

CASE NUMBER:

2:06-MJ-0277 KJM

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about October , 2006 in Sacramento County, in the Eastern District of California defendant(s) did, (Track Statutory Language of Offense)

▸ by force and violence take from the person or presence of an employee money in the possession of a federally insured bank, and did assault and put in jeopardy the life of said employee by use of a dangerous weapon or device,

in violation of Title 18, United States Code, Section(s) 2113 (a) and 2113 (d). I further state that I am a(n) Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

▸ See attached affidavit

**X**  Continued on the attached sheet and made a part hereof.

Signature of Complainant   Douglas R.W. Cook
Special Agent, FBI

Sworn to before me, and subscribed in my presence

October 12, 2006                         at   Sacramento, California

Date                                          City and State

Kymberly J. Mueller

United States Magistrate Judge            Signature of Judicial Officer

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
AFFIDAVIT

1. I, Douglas R.W. Cook am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since June, 2004. I am currently assigned to the Violent Crimes Squad of the Sacramento Office of the FBI as the Sacramento Violent Crimes Task Force Coordinator and Bank Robbery Program Coordinator. My investigative duties include Violent Crimes, Bank Robberies, and Crimes Against Children.

2. The statements contained in this affidavit are based on information provided by law enforcement officers/agents of the Federal Bureau of Investigation, Chico Police Department, Sacramento County Sheriff's Department, Contra Costa Sheriff's Department, Sacramento Police Department, and Pittsburg Police Department, and officers from other law enforcement agencies with whom I have spoken or whose reports I have read, and my own investigation and percipient knowledge. Based upon the following information, I believe probable cause exists that NEAL EDWARD PETERSON, JR., d.o.b. 11/02/82, and IRVIN GRIFFIN, d.o.b. 12/14/86, are in violation of Title 18, United States Code, Section 2113(a), unlawful taking of money in possession of a bank, and (d), armed bank robbery.

3. On January 7, 2005, at approximately 5:52 p.m., NEAL EDWARD PETERSON, JR. and IRVIN GRIFFIN entered the World Savings Bank, 301 Broadway Street, Chico, California, pointed handguns and threatened bank employees and customers with violence in order to conduct an armed bank robbery. NEAL EDWARD PETERSON, JR. was armed with a black colored handgun, wearing a black leather jacket, dark colored beanie, green/white bandana over face, wearing dark gloves, and white athletic shoes. IRVIN GRIFFIN was armed with a

handgun, wearing a wearing a gray hooded sweatshirt, dark pants, white shoes, and white gloves. While IRVIN GRIFFIN controlled the employees and customers, NEAL EDWARD PETERSON, JR. went behind the teller counter area and began removing money from the teller drawers. NEAL EDWARD PETERSON, JR. and IRVIN GRIFFIN removed $5,030.50 in U.S. currency. The World Savings Bank is a federally insured bank.

4. NEAL EDWARD PETERSON, JR. and IRVIN GRIFFIN fled south behind the bank through a parking lot and alley way to a waiting light gray/silver four-door Toyota Camry driven by JAVARIS MARQUEZ TUBBS, d.o.b. 6/24/75. The Toyota Camry was parked facing east on 4th Street, the same side of the street as the Chico Paper Company. NEAL EDWARD PETERSON, JR. and IRVIN GRIFFIN both got into the back seat of the Toyota Camry and immediately hid from view.

5. A witness observed a vehicle matching the description of the Toyota Camry facing east parked on 4th Street next to the Chico Paper Company. The witness observed the vehicle, driven by a male, drive forward and in reverse several times in its parking spot hitting two parked vehicles before peeling out and driving east on 4th Street. During an interview with special agents of the Federal Bureau of Investigation, JAVARIS MARQUEZ TUBBS, a participant in the robbery of the World Savings Bank, confirmed that he parked the Toyota Camry on 4th Street facing east (indicating on a map with an "X" next to the Chico Paper Company), and drove his Toyota Camry eastbound away from the bank robbery with NEAL EDWARD PETERSON, JR. and IRVIN GRIFFIN hiding in the back seat area. TUBBS stated that he drove NEAL EDWARD PETERSON, JR. and IRVIN GRIFFIN to a nearby motel.

6. JAVARIS MARQUEZ TUBBS positively identified the individuals he knew as NEAL "GATES" and "Kimmy's brother" as the robbers who entered the bank.. TUBBS reviewed the black and white bank

robbery surveillance film footage and identified the individual armed with a ~~black~~ colored handgun, wearing a black leather jacket, dark colored ~~baseball hat~~ beanie DWC (W), green/white bandana over face, wearing black gloves, and white athletic shoes as NEAL "GATES". TUBBS further positively identified NEAL EDWARD PETERSON, JR, d.o.b. 11/02/82, as the individual he knew as NEAL "GATES" from a photographic lineup. TUBBS elaborated that at the time of the robbery, NEAL EDWARD PETERSON, JR. was armed with a .38 caliber revolver that was seized as evidence from him during a California Highway Patrol traffic stop and arrest on 3/1/05.

7. JAVARIS MARQUEZ TUBBS reviewed bank robbery surveillance film footage and identified the individual armed with a handgun, wearing a wearing a gray hooded sweatshirt, dark pants, white shoes, and white gloves as the individual he knew as "Kimmy's brother". TUBBS initially correctly DWC (C) identified the individual in position number five of a photographic lineup as "Kimmy's brother", then made several qualifying remarks that he was not certain it was "Kimmy's brother" from the photograph depicted. TUBBS asked several times during the identification if there was a better photograph.

8. JAVARIS MARQUEZ TUBBS then positively identified the individual he knew as "Kimmy" in position number one from a photographic lineup. "Kimmy" is NAKEMA SELLERS, d.o.b. 09/01/77. TUBBS elaborated that "Kimmy" lives at the Hidden Cove Apartments on Maryann Lane in Baypoint, California. Review of Contra Consta Sheriff's Department records determined that NAKEMA SELLERS, d.o.b. 09/01/77, lives at the Hidden Cove Apartments, 2900 Maryann Lane #210, Baypoint, California. Further review of Contra Consta Sheriff's Department records confirmed that NAKEMA SELLERS has a younger brother named IRVIN GRIFFIN, d.o.b. 12/14/86. TUBBS stated that the individual he knew as "Kimmy's brother" was shot sometime in January 2005, in Pittsburg, California, soon after the

World Savings Bank, Chico, California, January 7, 2005 robbery. Review of Pittsburg Police Department records confirmed that IRVIN GRIFFIN, d.o.b. 12/14/86, was shot on January 12, 2005. Based on these corroborating facts, the individual TUBBS knows as "Kimmy's brother" is IRVIN GRIFFIN, d.o.b. 12/14/86.

*[handwritten: color DPWC (W)]*

9. JAVARIS MARQUEZ TUBBS reviewed photographs of items recovered by the Chico Police Department immediately following and near the scene of the bank robbery. TUBBS positively identified the black leather jacket, dark colored beanie, green/white bandana, and brown gloves as being worn by NEAL EDWARD PETERSON, JR., and positively identified the gray hooded sweatshirt and white gloves as being worn by IRVIN GRIFFIN during the robbery of the World Savings Bank, 301 Broadway Street, Chico, California on January 7, 2005.

10. JAVARIS MARQUEZ TUBBS was convicted on May 15, 2006, subsequent to a federal trial for the armed robbery of the Washington Mutual Bank, 8725 Elk Grove Boulevard, Elk Grove on April 14, 2005, and is cooperating with the government for consideration of leniency at his sentencing. *[handwritten: Everything TUBBS has stated reference this robbery has been separately corroborated. DPWC (W)]*

11. Based on the aforementioned facts and circumstances, I believe there is probable cause that NEAL EDWARD PETERSON, JR. and IRVIN GRIFFIN participated in the armed

robbery of the World Savings Bank on 01/07/2005, in violation of Title 18, United States Code, Section 2113(a) and (d), armed bank robbery.

Douglas R.W. Cook
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 12th day of October 2006.

HONORABLE KYMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF CALIFORNIA

Read and Approved as to form:

William S. Wong
Assistant United States Attorney