McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
HEIKO P. COPPOLA
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2790

**FILED**

NOV - 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 2:06-CR-0451 EJG |
| Plaintiff, | VIOLATIONS: 18 U.S.C. §§ 2113(a), (d) - Armed Bank Robbery; |
| v. | 18 U.S.C. § 924(c)(1) - Use of a Firearm |
| NEAL EDWARD PETERSON, JR.; IRVIN GRIFFIN; and JAVARIS MARQUEZ TUBBS; | |
| Defendants. | |

**I N D I C T M E N T**

COUNT ONE:  [18 U.S.C. §§ 2113 (a),(d) - Armed Bank Robbery]

The Grand Jury charges:  T H A T

NEAL EDWARD PETERSON, JR.;
IRVIN GRIFFIN; and
JAVARIS MARQUEZ TUBBS;

defendants herein, on or about January 7, 2005, in the State and Eastern District of California, did by force, violence and intimidation, take from the person and presence of an employee of World Savings Bank, 301 Broadway Street, Chico, California, approximately $5,030.50, belonging to and in the care, custody, control, management and possession of the bank, the accounts of

1

1  which were then insured by the Federal Deposit Insurance
2  Corporation, in violation of Title 18, United States Code, Sections
3  2113(a) and 2.
4      2.  The Grand Jury further charges that, in committing the
5  offense described in paragraph 1 herein, the defendants did assault
6  and put in jeopardy the lives of said employees of the bank by use
7  of a dangerous weapon, namely: a handgun, in violation of Title 18,
8  United States Code, Sections 2113(a), (d) and 2.
9  COUNT TWO:   [18 U.S.C. § 924(c)(1) - Use of a Firearm]
10     The Grand Jury further charges:   T H A T
11         NEAL EDWARD PETERSON, JR.;
        IRVIN GRIFFIN; and
12         JAVARIS MARQUEZ TUBBS;
13 defendants herein, on or about January 7, 2005, in the State and
14 Eastern District of California, during and in relation to a crime
15 of violence which may be prosecuted in a court of the United
16 States, namely, the armed bank robbery charged in Count One, did
17 use and carry a firearm, to wit: a handgun, in violation of Title
18 18, United States Code, Sections 924(c)(1) and 2.
19           /s/ Signature on file w/AUSA
20
21                 FOREPERSON
22 
  McGREGOR W. SCOTT
23 United States Attorney
24
25
26
27
28

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

---

THE UNITED STATES OF AMERICA

vs.

NEAL EDWARD PETERSON, JR.,
IRVIN GRIFFIN, and
JAVARIS MARQUEZ TUBBS

---

I N D I C T M E N T

**VIOLATIONS:** 18 U.S.C. §§ 2113(a), (d) - Armed Bank Robbery,
18 U.S.C. § 924(c)(1) - Use of a Firearm

---

*A true bill,*

_____
Foreman.

Filed in open court this ___2nd___ day

of __November__, A.D. 20 _06_

_____ C. Schulty _____
Clerk.

Bail, $ *Defendant Peterson: No Bail - Previously Ordered Detaining*
*Defendant Griffin: Bench Warrant - No Bail Pending Hearing*
*Defendant Tubbs: No Bail Pending Hearing - Awaiting Sentencing*
*and Detained in other federal case.*

_Dale A. Drozd_

GPO 863 525

2: 0 6 - CR - 0 4 5 1 EJG

# PENALTY SLIP

DEFENDENTS:   Neal Edward Peterson, Jr.
              Irvin Griffin
              Javaris Marquez Tubbs

COUNT 1
VIOLATIONS:   18 U.S.C. § 2113(a) and (d) - Armed Bank Robbery;
PENALTY:      Not more than 25 years in prison;
              Not more than $250,000 fine, or both;
              5-year term of supervised release.

COUNT 2:
VIOLATION:    18 U.S.C. § 924(c)(1) - Use of a Firearm;
PENALTY:      Mandatory 7 years consecutive imprisonment;
              Not more than $250,000 fine, or both;
              4-year term of supervised release

PENALTY
ASSESSMENT:   $100.00 special assessment each count

2: 0 6 - CR - 0 4 5 1 EJG