```
McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>IRVIN GRIFFIN,<br><br>  Defendant. | NO. 06-MJ-0277 KJM<br><br>APPLICATION AND ORDER<br>FOR UNSEALING COMPLAINT |

On October 12, 2006, the complaint was filed in the above-referenced case. Since defendant Neal Peterson has now been arrested, it is no longer necessary for the complaint to be sealed. It is unnecessary for a sealed complaint against defendant Irvin Griffin and defendant Javaris Tubbs. The government respectfully requests that the complaint be unsealed.

```
DATED: November 3, 2006           McGREGOR W. SCOTT
                                  United States Attorney


                                  By /s/ William S. Wong
                                     WILLIAM S. WONG
                                     Assistant U.S. Attorney
```

**ORDER**

IT IS SO ORDERED.

DATED: November 3, 2006.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/griffin0277.ord