**FILED**

DEC - 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR.S-06-0451 EJG |
| vs. | |
| IRVIN GRIFFIN, | |
| Defendant. | THIRD PARTY CUSTODY |

IRVIN GRIFFIN, defendant herein, is placed in the custody of:

x Name: Daphine Griffin

x City & State: Concord CA

x Telephone Number: (925) 565-2580

who agrees to supervise the defendant as to any restrictions on travel, association or place of abode and to use every effort to assure the appearance of the defendant at all scheduled hearings before any

Received at: 3:00PM, 12/6/2006
PAGE 03
12/06/2006 15:50 9164472988 FR MACHINE SHOP
LAW OFFICES
9259454706 TO 919164472988   P.01/01

1  court of this District and to notify the Court immediately in the event the defendant violates any
2  condition of release or disappears.
3  Dated: December 6, 2006
4  _Daphine Griffin_
   CUSTODIAN
5
   I agree to this third party custody arrangement.
6
7  Dated: December 5, 2006
   _Irving Griffin_
8  DEFENDANT
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Third Party Custody Order.wpd                    2