FILED
December 6, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR.S-06-0451-EJG |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| IRVIN GRIFFIN, | ) | |
| | ) | |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release IRVIN GRIFFIN, Case No. CR.S-06-0451-EJG from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    _X_    Bail Posted in the Sum of $25,000.00

            _X_    Unsecured Appearance Bond

            ___    Appearance Bond with 10% Deposit

            ___    Appearance Bond with Surety

            ___    Corporate Surety Bail Bond

            _X_    (Other) 3rd Party Custody and conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on December 6, 2006 at _____

By   **GREGORY G. HOLLOWS**

Gregory G. Hollows
United States Magistrate Judge