William E. Bonham, SB# 55478
Attorney at law
Hotel de' France Bldg., Old Sacramento
916 Second Steet, 2nd Flkr., Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. **S-06-451 EJG** |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER |
| v. ) | |
| ) | |
| NEAL EDWARD PETERSON, et al, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

The defendants, through their undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the status conference hearing currently scheduled for Friday, September 7, 2007, should be vacated and continued until Friday, November 30, 2007, at 10:00 a.m..

Further continuance is necessary due to delay in providing discovery by the Government to the defense. Such continuance should allow sufficient time for the Government to produce full discovery. The defense will need additional time to review discovery and for investigation and trial preparation and readiness once discovery is provided, however, it anticipated that the defense will need up to November 30, 2007, at the very least, for investigation and evaluation of evidence and setting trial and motion and briefing schedule.
 .

1  Therefore, the parties agree and stipulate that time should
2  be excluded under the Speedy Trial Act pursuant to Local Code T4
3  for investigation and trial preparation and due to the complexity
4  of the case [Local Code T2], up to and including November 30,
5  2007.
6  I, William E. Bonham, the filing party, have received
7  authorization from all the parties to sign and submit this
8  stipulation and proposed order on their behalf and that defense
9  counsel have authorization from their respective clients.
10 Accordingly, the defendants and the United States agree and
11 stipulate that the status conference should be continued until
12 10:00 a.m. on Friday, November 30, 2007.
13 Dated: September 5, 2007

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                         /s/ William E. Bonham
                                    By:_____
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney

Dated: September 5, 2007
                                        ROBERT ANTHONY McCLARY
                                          Defendant


                                    By:/s/William E. Bonham
                                       WILLIAM E. BONHAM
                                          Counsel for Defendant


Dated: September 5, 2007
                                        NEAL EDWARD PETERSEN
                                          Defendant


                                    By:/s/ William E. Bonham
                                       MICHAEL BRADLEY BIGELOW
                                       Counsel for Defendant

2

```
Dated: September 5, 2007
                                    IRVIN GRIFFIN
                                      Defendant


                                    By:/s/William E. Bonham
                                       DAVID J. COHEN
                                         Counsel for Defendant
Dated: September 5, 2007
                                    JAVARIS MARQUEZ TUBBS
                                      Defendant


                                    By:/s/William E. Bonham
                                       STEVEN D. BAUER
                                         Counsel for Defendant
Dated: September 5, 2007
                                    MICHEAL BLANCHE
                                      Defendant


                                    By:/s/William E. Bonham
                                       JOSEPH J. WISEMAN
                                         Counsel for Defendant
```

**ORDER**

IT IS SO ORDERED. This matter is continued until 10:00 a.m. on Friday, November 30, 2007 for further status.

I find that the continuance is necessary for the Government to produce discovery to the defense and to allow defense counsel sufficient time to investigate and evaluate motions to be filed for trial preparation and trial readiness. I further find that the needs of counsel to evaluate the evidence and advise their clients exceed the needs of the public for a trial within 70 days, so that the interests of justice warrants a further exclusion of time. Accordingly, time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [local

3

1 code T4] and due to the complexity of the case [Local Code T2]up
2 to and including November 30, 2007.
3
4 Dated: September 6, 2007
5
6                                         /s/ Edward J. Garcia
                                          EDWARD J. GARCIA
7                                         Senior U.S. District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28