DAVID J. COHEN, ESQ.
California Bar No. 145748
KALI S. GRECH, ESQ.
California Bar No. 238461
**COHEN & PAIK LLP**
177 Post Street, Suite 600
San Francisco, CA 94108
Telephone: (415) 398-3900

Attorneys for Defendant **Irvin Griffin**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>NEAL EDWARD PETERSON, JR.; IRVIN GRIFFIN; JAVARIS MARQUEZ TUBBS; ROBERT ANTHONY McCLARY; and MICHAEL BLANCHE;<br><br>        Defendants. | CR S-06-451 EJG<br><br>**ORDER APPROVING WAIVER OF DEFENDANT IRVIN GRIFFIN'S PERSONAL APPEARANCE** |

GOOD CAUSE APPEARING THEREFOR, and based upon the waiver of defendant Irvin Griffin's personal appearance filed on September 11, 2007, IT IS HEREBY ORDERED that defendant Irvin Griffin's personal appearance is permitted to be waived, pursuant to Rule 43 of the Federal Rules of Criminal Procedure, and as described in defendant Griffin's September 11, 2007 waiver of personal appearance.

**IT IS SO ORDERED.**

Dated: 9/12/07    /s/ Edward J. Garcia
                        THE HONORABLE EDWARD J. GARCIA
                        SENIOR UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I, Tonia M. Sanchez hereby certify that I am over the age of eighteen years, am not a party to the within action and my business address is Cohen & Paik LLP, 177 Post Street, Suite 600, San Francisco, CA 94108.

A copy of the foregoing **[PROPOSED] ORDER APPROVING WAIVER OF DEFENDANT IRVIN GRIFFIN'S PERSONAL APPEARANCE** in the case of <u>United States v. Peterson, et. al.</u>, CR S-06-451 EJG was sent electronically and was sent by United States mail to:

> William S. Wong, Esq.
> Assistant United States Attorney
> United States Attorney
> Eastern District of California
> 501 I Street, Suite 10-100
> Sacramento, CA 95814

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 11, 2007, at San Francisco, California.

/s/ Tonia M. Sanchez
TONIA M. SANCHEZ
Legal Assistant
