IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                          CR. NO. S-06-451 EJG

NEAL EDWARD PETERSON, JR.;    ORDER TRANSFERRING MOTION TO
IRVIN GRIFFIN; JAVARIS MARQUEZ  MAGISTRATE JUDGE
TUBBS; ROBERT ANTHONY MCCLARY;
and MICHAEL BLANCHE,

        Defendants.
_____/

    Defendant Irvin Griffin's motion to compel discovery currently set for hearing on November 30, 2007 before the undersigned, is VACATED from the calendar of the district judge and TRANSFERRED to the duty magistrate judge. See Local Rule 72-302(b)(1) (pretrial motions in felony criminal cases are heard before the magistrate judge). Counsel for defendant is directed to contact the courtroom deputy of Magistrate Judge Dale Drozd, duty magistrate judge for November, 2007, for rescheduling of the motion.

    IT IS SO ORDERED.

Dated: November 19, 2007

                              /s/ Edward J. Garcia
                              EDWARD J. GARCIA, JUDGE
                              UNITED STATES DISTRICT COURT