```
DAVID J. COHEN, ESQ.
California Bar No. 145748
KALI S. GRECH, ESQ.
California Bar No. 238461
COHEN & PAIK LLP
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone:  (415) 398-3900

Attorneys for Defendant Irvin Griffin
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,   )<br>  )<br> v.   )<br>  )<br> NEAL EDWARD PETERSON,  )<br> JR.; IRVIN GRIFFIN;   )<br> JAVARIS MARQUEZ TUBBS;  )<br> ROBERT ANTHONY McCLARY;  )<br> and MICHAEL BLANCHE;   )<br>  )<br>          Defendants.   )<br>_____) | CR S-06-451 EJG<br><br>**WAIVER OF DEFENDANT IRVIN GRIFFIN'S PERSONAL APPEARANCE** |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, IRVIN GRIFFIN, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for trial any day and hour

1

the Court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act without defendant being present.

Dated: November 29, 2007        /s/ Irvin Griffin
                                IRVIN GRIFFIN
                                Defendant

I agree with and consent to my client's waiver of appearance.

Dated: November 29, 2007        /s/ David J. Cohen
                                DAVID J. COHEN
                                Attorney for Defendant
                                Irvin Griffin

## CERTIFICATE OF SERVICE

I, Tonia M. Sanchez hereby certify that I am over the age of eighteen years, am not a party to the within action and my business address is Cohen & Paik LLP, 300 Montgomery Street, Suite 660, San Francisco, CA 94104.

A copy of the foregoing **WAIVER OF DEFENDANT IRVIN GRIFFIN'S PERSONAL APPEARANCE** in the case of <u>United States v. Peterson, et. al.</u>, CR S-06-451 EJG was sent electronically and by United States mail to:

> William S. Wong, Esq.
> Assistant United States Attorney
> United States Attorney
> Eastern District of California
> 501 I Street, Suite 10-100
> Sacramento, CA 95814

I certify under penalty of perjury that the foregoing is true and correct. Executed on November 29, 2007, at San Francisco, California.

> /s/ Tonia M. Sanchez
> TONIA M. SANCHEZ
> Legal Assistant