DAVID J. COHEN, ESQ.
California Bar No. 145748
KALI S. GRECH, ESQ.
California Bar No. 238461
**COHEN & PAIK LLP**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone:  (415) 398-3900

**FILED**

DEC - 7 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

Attorneys for Defendant **Irvin Griffin**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>            Plaintiff, )<br><br>v. )<br><br>NEAL EDWARD PETERSON, )<br>JR.; IRVIN GRIFFIN; )<br>JAVARIS MARQUEZ TUBBS; )<br>ROBERT ANTHONY McCLARY; )<br>and MICHAEL BLANCHE; )<br><br>            Defendants. )<br>_____) | CR S-06-451 EJG<br><br>**[PROPOSED] ORDER APPROVING**<br>**WAIVER OF DEFENDANT IRVIN**<br>**GRIFFIN'S PERSONAL APPEARANCE** |

GOOD CAUSE APPEARING THEREFOR, and based upon the waiver of defendant Irvin Griffin's personal appearance filed on November 29, 2007, IT IS HEREBY ORDERED that defendant Irvin Griffin's personal appearance is permitted to be waived, pursuant to Rule 43 of the Federal Rules of Criminal Procedure, and as described in defendant Griffin's November 30, 2007 waiver of personal appearance.

**IT IS SO ORDERED.**

Dated:  11/29/07

THE HONORABLE EDWARD J. GARCIA
SENIOR UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I, Tonia M. Sanchez hereby certify that I am over the age of eighteen years, am not a party to the within action and my business address is Cohen & Paik LLP, 300 Montgomery Street, Suite 660, San Francisco, CA 94104.

A copy of the foregoing **[PROPOSED] ORDER APPROVING WAIVER OF DEFENDANT IRVIN GRIFFIN'S PERSONAL APPEARANCE** in the case of United States v. Peterson, et. al., CR S-06-451 EJG was sent electronically and was sent by United States mail to:

    William S. Wong, Esq.
    Assistant United States Attorney
    United States Attorney
    Eastern District of California
    501 I Street, Suite 10-100
    Sacramento, CA 95814

I certify under penalty of perjury that the foregoing is true and correct.  Executed on November 29, 2007, at San Francisco, California.

                    /s/ Tonia M. Sanchez
                    TONIA M. SANCHEZ
                    Legal Assistant