# EXHIBIT A

DAVID J. COHEN, ESQ.
California Bar No. 145748
**COHEN & PAIK LLP**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone:  (415) 398-3900

Attorneys for Defendant **IRVIN GRIFFIN**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S 06-451 EJG (EFB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DECLARATION OF COUNSEL DAVID J.** |
| v. | ) | **COHEN, ESQ., IN SUPPORT OF** |
| | ) | **NOTICE OF MOTION AND MOTION TO** |
| NEAL EDWARD PETERSON, | ) | **COMPEL DISCOVERY UNDER *UNITED*** |
| JR.; IRVIN GRIFFIN; | ) | ***STATES V. BRADY AND UNITED*** |
| JAVARIS MARQUEZ TUBBS; | ) | ***STATES V. GIGLIO*** |
| ROBERT ANTHONY McCLARY; | ) | |
| and MICHAEL BLANCHE; | ) | Date: December 21, 2007 |
| | ) | Time: 11:30 a.m. |
| Defendants. | ) | Ctrm: 25 |
| | ) | |

I, DAVID J. COHEN, ESQ., declare as follows:

1.    I am retained as attorney of record for defendant Irvin Griffin.  I have reviewed the discovery, records and files in the matter and am thoroughly conversant with the facts and legal issues in the case.

2.    I have reviewed the Statement of Facts and of the Case in the above-entitled motion.  Every one of the facts contained therein is true of my own knowledge or upon information and belief.

3.    At hearing on this case I intend to present the Court with the declaration of an investigator, experienced in federal cases, who will estimate the length of time needed to respond to

1

1  the discovery which I am informed and believe that the government

2  is now withholding.   Based upon my experience, I anticipate the

3  time estimate will be not less than three months.

4       **FURTHER I STATE NOT.**

5  Dated: December 12, 2007          Respectfully submitted,

6                                    /s/ David J. Cohen
                                     Declarant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28