IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

                          CR. NO. S-06-0451 EJG

  v.

                          SCHEDULING ORDER

NEAL PETERSON, JR.; IRVIN GRIFFIN; JAVARIS TUBBS; ROBERT MCCLARY; and MICHAEL BLANCHE,

        Defendant.
_____/

    This matter was before the court for hearing on defendant Griffin's "Motion to Compel Discovery and to Compel The Government Not to Make Any Plea Offers Contingent on [Defendant] Not Reviewing Discovery." Defendant Robert McClary joined in the motion. After hearing, the court enters the following order.

    1. Defendant Peterson's request for a transcript of the hearing before Magistrate Judge Brennan on December 21, 2007 is WITHDRAWN.

    2. The government is directed to disclose to all defendants two weeks prior to the trial date all <u>Giglio</u> and <u>Brady</u> materials

1

3. A hearing on defendant's motion to compel government not to make plea offer and the government's motion for a protective order will be held at 10:00 a.m., February 29, 2008.

4. Defendants' reply to the motion to compel shall be filed no later than February 1, 2008.

5. The briefing schedule on the government's motion for a protective order is as follows: the motion shall be filed and served by February 1, 2008; the opposition shall be filed and served by February 15; and the reply shall be filed and served by February 22, 2008.

6. The trial confirmation and trial dates, presently set for February 8 and February 25, 2008 are VACATED.

7. A status conference will be held at 10:00 a.m., March 7, 2008.

8. Defendant Tubbs' appearance is waived at the February 29 hearing and the March 7 status conference. Counsel for defendant Tubbs shall appear at the hearing and the status conference.

9. Time is excluded on the basis of case complexity (local Code T2) and pending motions (local Code E) through March 7, 2008.

IT IS SO ORDERED.

Dated: January 22, 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA, JUDGE
UNITED STATES DISTRICT COURT