William E. Bonham, SB# 55478
Attorney at law
Hotel de' France Bldg., Old Sacramento
916 Second Street, 2nd FL., Ste. A
Sacramento, California  95814
Telephone:  (916) 557-1113

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CR. No. **S-06-451 EJG** |
|                            ) | |
|             Plaintiff,     ) | STIPULATION AND PROPOSED ORDER |
|      v.                    ) | |
|                            ) | |
|                            ) | |
| NEAL EDWARD PETERSON, et al, ) | |
|                            ) | |
|             Defendants.    ) | |
| _____) | |

    The defendants, through their undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the trial confirmation hearing be scheduled for Friday, June 27, 2008.  It is further understood that the June 27, 2008 scheduling is pursuant to the Court's order that the Government is to provide full disclosure of Giglio material, and any information to be produced under Brady and Roviaro, fourteen days before trial now scheduled for July 7, 2008.

    I, William E. Bonham, the filing party, have received authorization from all the parties to sign and submit this stipulation and proposed order on their behalf and that defense counsel have authorization from their respective clients.

    Accordingly, the defendants and the United States agree and stipulate that the Trial Confirmation Hearing should be set at

1  10:00 a.m. on Friday, June 27, 2008.
2
3  Dated: March 18, 2008
4                                       McGREGOR W. SCOTT
                                        United States Attorney
5
                                          /s/ William E. Bonham
6                                    By:_____
                                         WILLIAM S. WONG
7                                        Assistant U.S. Attorney
8
   Dated: March 18, 2008
9                                    ROBERT ANTHONY McCLARY
                                        Defendant
10
11
                                     By:/s/William E. Bonham
12                                      WILLIAM E. BONHAM
                                           Counsel for Defendant
13
14 Dated: March 18, 2008
                                     NEAL EDWARD PETERSEN
15                                      Defendant
16
17                                   By:/s/ William E. Bonham
                                        MICHAEL BRADLEY BIGELOW
18                                      Counsel for Defendant
   Dated: March 18, 2008
19                                   IRVIN GRIFFIN
                                        Defendant
20
21
                                     By:/s/William E. Bonham
22                                      DAVID J. COHEN
                                           Counsel for Defendant
23
   Dated: March 18, 2008
24                                   JAVARIS MARQUEZ TUBBS
                                        Defendant
25
26
                                     By:/s/William E. Bonham
27                                      STEVEN D. BAUER
                                           Counsel for Defendant
28

2

Dated: March 18, 2008
                                        MICHEAL BLANCHE
                                           Defendant


                                        By:/s/William E. Bonham
                                           JOSEPH J. WISEMAN
                                              Counsel for Defendant




                              **ORDER**

   **IT IS SO ORDERED**, that the Trial Confirmation Hearing is to be set on June 27, 2008, at 10:00 a.m.. I further find that the June 27, 2008 scheduling is pursuant to the Court's order that the Government is to provide full disclosure of Giglio material, and any information to be produced under Brady and Roviaro, fourteen days before trial now scheduled for July 7, 2008, in order to allow defense counsel time to investigate and evaluate the discovery before trial and trial readiness.


Dated: March 19, 2008


                                        /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        Senior U.S. District Judge

3