DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Irvin Griffin**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NEAL EDWARD PETERSON, ) <br> JR.; IRVIN GRIFFIN; ) <br> JAVARIS MARQUEZ TUBBS; ) <br> ROBERT ANTHONY McCLARY; ) <br> and MICHAEL BLANCHE; ) <br> ) <br> Defendants. ) | CR S-06-451 EJG <br><br> **[PROPOSED] ORDER** |

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED** that the government immediately turn over all *Giglio* and *Jencks* material.

**IT IS FURTHER ORDERED** that Mr. Griffin should be given 48 hours to review that material prior to the expiration of the government's plea offer and the Court's deadline for entering into a plea agreement other than pleading guilty to the entire superseding indictment.

**IT IS FURTHER ORDERED** that the testimony of the witnesses to which the late *Giglio* and *Jencks* applies be excluded from evidence.

**IT IS SO ORDERED.**

Dated: _____

THE HONORABLE EDWARD J. GARCIA
SENIOR UNITED STATES DISTRICT COURT JUDGE