IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | CR. NO. S-06-0451 EJG |
|     v. | <u>ORDER GRANTING MOTION TO COMPEL DISCOVERY, DENYING MOTION TO DISMISS INDICTMENT AND FOR EVIDENTIARY SANCTIONS, GRANTING MOTION TO SEVER, AND RESETTING DATES</u> |
| NEAL EDWARD PETERSON, JR.; IRVIN GRIFFIN; JAVARIS MARQUEZ TUBBS; ROBERT ANTHONY MCCLARY; and MICHAEL BLANCHE;, | |
|     Defendants. | |

This matter was before the court on June 27, 2008 for a trial confirmation hearing and for hearing on various motions. Assistant U.S. Attorney William Wong appeared on behalf of the United States. Michael Bigelow appeared on behalf of defendant Peterson; David Cohen appeared on behalf of defendant Griffin; Steve Bauer appeared on behalf of defendant Tubbs;  Bill Bonham appeared on behalf of defendant McClary; and Joseph Wiseman appeared on behalf of defendant Blanche. After hearing, the

1

1  court entered the following order.[1]

2     1.  Defendants' motion to compel discovery is GRANTED.
3  Pursuant to representations of the Assistant U.S. Attorney, all
4  discovery in his possession, and of which he is aware, has been
5  turned over to defense counsel by close of business today, June
6  27, 2008.

7     2.  Defendants' motion to dismiss the indictment or for
8  evidentiary sanctions is DENIED without prejudice.

9     3.  Defendant Blanche's motion to sever his case from the
10 other defendants is GRANTED.  Defendant Blanche's trial will
11 trail the conclusion of the trial of the other defendants.

12    4.  The trial date of July 7, 2008 is VACATED and reset to
13 commence Tuesday, October 14, 2008 at 8:30 a.m.  A trial
14 confirmation hearing will be held at 10:00 a.m., September 26,
15 2008.

16    5.  With the consent of all the parties, the court continues
17 to find excludable time from today to the date of trial, pursuant
18 to the Speedy Trial Act for complex case and attorney
19 preparation, citing local codes T2 and T4.

20    6.  As a remedial sanction for its non-compliance with the
21 court's disclosure order, the government is required to file with

---

[1] At the government's request and with notice to all parties, the court held an in camera and ex parte side bench conference at the beginning of the hearing with the Assistant U.S.Attorney and court reporter present.  The court reporter was instructed to keep her stenographic notes in a secure place and not to transcribe them absent a court order.  The matters discussed at the conference did not relate to nor impact the issues decided at the hearing.

the court and serve on all defense counsel a copy of its witness and exhibit list two weeks before the commencement of trial. The government shall also file a trial brief two weeks before trial summarizing the facts to be proved and the applicable law. In addition, the government is required to disclose the results and analyses of all tests, which means "any item the government would test" e.g., fingerprint, footprint, DNA; forty-five (45) days prior to the commencement of trial.

    7. As further remedial sanctions, the government shall make the cooperating witnesses available to defendants' counsel for interview at the Office of the United States Attorney within three weeks of the filing date of this order.

    IT IS SO ORDERED.

Dated: June 30, 2008

                                  /s/ Edward J. Garcia
                                  EDWARD J. GARCIA, JUDGE
                                  UNITED STATES DISTRICT COURT