# Exhibit 1

<div align="center">

**Christopher Haydn-Myer**
Attorney at Law
1809 19th Street
Sacramento, California 95811
Office Phone: (916) 443-0084
Phone (916) 622-1703
Fax (916) 443-5084 E-mail: chrishaydn@sbcglobal.net

</div>

Michael Bigelow

SENT BY EMAIL
TO BE FORWARDED
TO ALL DEFENSE ATTORNEYS
AND MR. WILLIAM WONG

Dear Sirs:

Mr. William Wong called me last week and said that Ms. Angel Brewer needed to be made available to speak with all of the defense attorneys in the pending case. I spoke with Ms. Brewer, and she informed me that she does not want to speak with you about the pending case.

Ms. Brewer was threatened because of her assistance to the government. Please contact me if you have any further questions or concerns.

Sincerely,

Chris Haydn-Myer

Exhibit 2

Case 2:06-cr-00451-EJG   Document 121-2   Filed 07/15/2008   Page 3 of 8

<div style="text-align:center">

**Christopher Haydn-Myer**
Attorney at Law
1809 19th Street
Sacramento, California 95811
Office Phone: (916) 443-0084
Phone (916) 622-1703
Fax (916) 443-5084 E-mail: chrishaydn@sbcglobal.net

</div>

July 9, 2008

Michael Bigelow, Esq.
William Bonham, Esq.
David Cohen, Esq.
Joseph Wiseman, Esq.

SENT BY EMAIL
TO ALL DEFENSE ATTORNEYS
AND WILLIAM WONG, AUSA

Dear Sirs:

Mr. William Wong called me yesterday regarding Ms. Angel Brewer. I have sent a letter to all parties indicating that Ms. Brewer does not want to speak with you. As I understand it, and please correct me if I am wrong, the following agreements have been reached:

1. Mr. Cohen wants to personally meet with Ms. Brewer, but he has agreed to extend the time to do this until September 1, 2008;

2. I have spoken with Mr. Wiseman and Mr. Bigelow, and both gentleman requested that a letter be provided to them clearly stating that I have spoken with Ms. Brewer, and that she has declined the opportunity to speak with them about their client's pending charges; and

3. I both emailed and left a voice message on an answering machine for Mr. Bonham, but I have not received any messages from him, and I do not know his position in this matter.

Ms. Brewer was threatened because of her assistance to the government, and she is currently not in Sacramento. She is indigent, and funds will have to be provided for travel. Please contact me if I can be of further assistance or if you have any further questions or concerns.

<div style="margin-left:50%">

Sincerely,

/S/
Chris Haydn-Myer

</div>

# Exhibit 3

## Wong, William (USACAE)

**From:** Bill Bonham [williambonhamatty@sbcglobal.net]
**Sent:** Tuesday, July 08, 2008 6:20 PM
**To:** Wong, William (USACAE)
**Subject:** RE: U.S. v. Robert McClary

William Wong
Assistant U.S. Attorney

I confirm our telephone conversation today where I represented to you that I have had communication from the Attorney Jeff Staniels, yesterday, 07/07/08 where he informed me that his client Mr. Curtis Perry does not and will not talk with me or the other attorneys regarding his statements or involvement in the case or any questions regarding the case. I received a letter today from Attorney Christopher Hayden-Myer saying that his client, Ms. Angel Brewer does not want to speak to any of the defense attorneys about the pending case.

Therefore, enlight of this, I confirm that I will not require you to produce either witness for me to interview.

Sincerely,
William E. Bonham
Attorney for Robert McClary


No virus found in this outgoing message.
Checked by AVG.
Version: 7.5.524 / Virus Database: 270.4.6/1540 - Release Date: 7/8/2008 6:33 AM

1

# Exhibit 4

Case 2:06-cr-00451-EJG    Document 121-2    Filed 07/15/2008    Page 7 of 8

**Wong, William (USACAE)**

| | |
|---|---|
| **From:** | Jeffrey Staniels [Jeffrey_Staniels@fd.org] |
| **Sent:** | Monday, July 07, 2008 2:02 PM |
| **To:** | copaik@pacbell.net; williambonhamatty@sbcglobal.net; wiselaw@earthlink.net; mbigelow6401@sbcglobal.net |
| **Subject:** | Possible interview with my client |

Gentlemen:

    This confirms my vm message to Bill Bonham and my conversations with Mike, Joe, and David Cohen that I represent Curtis Perry.  I was made aware of Judge Garcia's order that Mr. Perry possibly be made available for an interview with you folks.  I have spoken to Mr. Perry about the order and have spoken to him about his options in this situation.  He has instructed me to advise you that he is not willing to speak to you before such time, if ever, that he is called as a witness to testify in court.  If in the face of this representation he is ordered to be produced please be advised that he is asserting his fifth amendment right to be silent as well as his sixth amendment right to have counsel with him at any time he is ordered by the court to appear for any testimony or interview.  Please contact me at the numbers below or by reply e-mail if you have any questions about this matter.

Yours truly,

Jeffrey L. Staniels
Assistant Federal Defender
801 I Street, 3d Floor
Sacramento, CA 95814
916-498-5700
916-498-5710 (fax)

This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above.  If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited.  If you have received this e-mail in error, please notify us by reply e-mail.
Thank you for your cooperation.