McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-06-451 EJG |
| | ) | |
| Plaintiff, | ) | STIPULATED REQUEST FOR AN |
| | ) | EXTENSION OF TIME TO INTERVIEW |
| v. | ) | GOVERNMENT WITNESS |
| | ) | |
| IRVIN GRIFFIN, | ) | |
| | ) | |
| | ) | DATE: September 21, 2008 |
| | ) | TIME: 5:00 p.m. |
| Defendant. | ) | CRTRM: Hon. Edward J. Garcia |

The United States of America, through its attorneys of record McGregor W. Scott, United States Attorney, and William S. Wong, Assistant U.S. Attorney, and defendant Irvin Griffin, through his counsel of record, David Cohen, Esq., submits this request to modify the court's previous order and for an extension of time to comply.

On June 27, 2008, this Court ordered the government to provide to defense counsels access to government cooperating witnesses within three weeks of June 27, 2008. This Court's order allows defense counsels the opportunity to personally ask each of the three government cooperating witnesses if they would consent to be interviewed by defense counsel and/or his investigator. On or about

1

July 15, 2008, the government requested and the Court granted the government and defendant Griffin's (through his attorney David Cohen) request to extend to September 1, 2008, the opportunity to personally meet with witness Brewer.

The parties have been in good faith negotiations in order to resolve this case through a plea agreement.  The parties respectfully request that the time for the government to make available witness Brewer to defendant Griffin for a personal meeting be extended to September 21, 2008.  This extension will allow the parties to resolve the case without having to bring witness Brewer from out-of-state to California.

                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: September 5, 2008       By: /s/ William S. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney

DATED: September 5, 2008       By: /s/ David Cohen
                                        DAVID COHEN, ESQ.
                                        Attorney for Defendant

---

## ORDER

For the foregoing reasons, the opportunity to personally meet with witness Brewer by attorney Cohen is extended to September 21, 2008.

DATED:_____   _____
                                     HON. EDWARD J. GARCIA
                                     United States District Judge