```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR S-06-451 EJG |
| Plaintiff, | ) |
| | ) **STIPULATION TO CONTINUE** |
| v. | ) **SENTENCING DATE** |
| IRVIN GRIFFIN, | ) |
| | ) DATE: March 20, 2009 |
| Defendant. | ) TIME: 10:00 a.m. |
| _____ | ) CTRM: Hon. Edward J. Garcia |

The United States of America, through its counsels of record, Lawrence G. Brown, Acting United States Attorney for the Eastern District of California, and Assistant United States Attorney, William S. Wong, and defendant Irvin Griffin, through his counsel, David Cohen, Esq., hereby submits this stipulation to continue the sentencing date, which is currently set for March 20, 2009, at 10:00 a.m., and requests that this Court continue the sentencing date to July 17, 2009, at 10:00 a.m.

The reason for continuing the sentencing date in this matter is because defendant Griffin is scheduled for surgery by Doctor Serena Hu, UCSF Medical Center, San Francisco, to remove a bullet that has been diagnosed on March 11, 2009 to have migrated closer to his

1

1 spine which poses an additional health risk for the defendant.
2 According to his counsel, David Cohen, the bullet is scheduled to be
3 removed within days of today's date and that according to UCSF
4 Medical Center, the period for the defendant's recovery from the
5 surgery will be approximately 30-60 days.  Furthermore, the
6 government would like the additional time to obtain the medical
7 records from the UCSF Medical Center to provide to the court for
8 consideration at sentencing.  The parties respectfully request that
9 the Court set a sentencing date for this matter on July 17, 2009, at
10 10:00 a.m.

Respectfully submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATED: March 19, 2009        By: /s/ William S. Wong
                                 WILLIAM S. WONG
                                 Assistant U.S. Attorney


DATED: March 19, 2009        By: /s/ David Cohen
                                 DAVID COHEN, Esq.
                                 Attorney for Defendant
_____

**ORDER**

   For the foregoing reasons, the sentencing hearing in this
matter is continued to July 17, 2009, at 10:00 a.m.

DATED: March 19, 2009        /s/ Edward J. Garcia
                             HONORABLE EDWARD J. GARCIA
                             UNITED STATES DISTRICT COURT JUDGE