```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2790
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 ) CR S-06-451 EJG
12              Plaintiff,       )
                                 ) **STIPULATION TO CONTINUE**
13       v.                      ) **SENTENCING DATE**
                                 )
14  IRVIN GRIFFIN,               )
                                 ) DATE: July 17, 2009
15              Defendant.       ) TIME: 10:00 a.m.
    _____) CTRM: Hon. Edward J. Garcia
16
```

17      The United States of America, through its counsels of record,
18  Lawrence G. Brown, Acting United States Attorney for the Eastern
19  District of California, and Assistant United States Attorney,
20  William S. Wong, and defendant Irvin Griffin, through his counsel,
21  David Cohen, Esq., hereby submits this stipulation to continue the
22  sentencing date, which is currently set for July 17, 2009, at 10:00
23  a.m., and requests that this Court continue the sentencing date to
24  October 30, 2009, at 10:00 a.m.
25      The reason for continuing the sentencing date in this matter is
26  because defendant Griffin was hospitalized for surgery by Doctor
27  Serena Hu, UCSF Medical Center, San Francisco, to remove a bullet
28  that was diagnosed on March 11, 2009 to have migrated closer to his

1

spine which poses an additional health risk for the defendant. Surgery was performed at the UCSF Medical Center on June 19, 2009. According to his counsel David Cohen's office, the defendant needs additional time for recovery from the surgery. Furthermore, the government would like the additional time to obtain the medical records from the UCSF Medical Center to provide to the court for consideration at sentencing. The parties respectfully request that the Court set a sentencing date for this matter on October 30, 2009, at 10:00 a.m.

Respectfully submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATED: July 10, 2009   By: /s/ William S. Wong
WILLIAM S. WONG
Assistant U.S. Attorney

DATED: July 10, 2009   By: /s/ David Cohen
DAVID COHEN, Esq.
Attorney for Defendant

**ORDER**

For the foregoing reasons, the sentencing hearing in this matter is continued to October 30, 2009, at 10:00 a.m.

DATED: July 13, 2009   /s/ Edward J. Garcia
HONORABLE EDWARD J. GARCIA
U. S. DISTRICT COURT JUDGE