

1  DAVID J. COHEN, ESQ.
   California Bar No. 145748
2  **BAY AREA CRIMINAL LAWYERS, PC**
   300 Montgomery Street, Suite 660
3  San Francisco, CA 94104
   Telephone: (415) 398-3900
4
5  Attorneys for Defendant **Irvin Griffin**

6           UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF CALIFORNIA
7                SACRAMENTO DIVISION

8  UNITED STATES OF AMERICA,  )  CR S-06-451 EJG
                              )
9           Plaintiff,        )
                              )
10 v.                         )  **STIPULATED REQUEST FOR**
                              )  **EXTENSION AND**
11 IRVIN GRIFFIN              )  [PROPOSED] **ORDER THEREON**
                              )
12          Defendant.        )
                              )
13 _____ )

14      Defendant, Irvin Griffin, through his attorney of record,
15 David J. Cohen, Esq., and Assistant United States Attorney,
16 William S. Wong, Esq., jointly request an extension of time due
17 to the unavailability of defense counsel on the scheduled
18 sentencing date of November 4, 2009.
19      The Honorable Judge Garcia recently set this matter, which
20 was originally scheduled on October 30, 2009, for sentencing on
21 November 4, 2009.  Before defense counsel was notified of the
22 date change in this matter, counsel had already scheduled another
23 court appearance for the same time on November 4, 2009.
24      Defense counsel contacted Mr. Wong regarding this matter,
25 and Mr. Wong agreed to stipulate to our request for an extension
26 of time.  Further, Mr. Wong and defense counsel agreed on a
27 future date to hear this matter, December 18, 2009 at 10:00 a.m.
28 Both parties have engaged in good faith communication and

negotiations to resolve this matter and request this extension of time in order to secure defense counsel's ability to appear for Mr. Griffin's sentencing hearing.

**IT IS SO STIPULATED.**

                          Respectfully submitted,

                          **BAY AREA CRIMINAL LAWYERS, PC**

Dated: October 29, 2009    By:
                              /s/ David J. Cohen
                              DAVID J. COHEN, ESQ.
                              Attorney for Defendant **Griffin**

---

## ORDER

For the foregoing reasons, it is hereby ordered that Mr. Griffin's sentencing hearing be extended to December 18, 2009 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: 11/3/09

                              THE HONORABLE EDWARD J. GARCIA
                              SENIOR UNITED STATES DISTRICT COURT JUDGE