DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Irvin Griffin**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-06-451 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO CONTINUE DATE** |
| | ) | **FOR SENTENCING HEARING AND** |
| IRVIN GRIFFIN | ) | **SETTING SCHEDULE FOR SENTENCING** |
| | ) | **FILINGS AND ORDER THEREON** |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

Defendant, Irvin Griffin, through his attorney of record, David J. Cohen, Esq., and Assistant United States Attorney, William S. Wong, Esq., after due consultation with United States Probation Officer Scott Storey, jointly request an extension of time for the sentencing hearing in this matter and jointly request the following schedule for sentencing filings in this case:

1. The parties stipulate and agree that the sentencing hearing in this case should be continued from December 18, 2009 at 10:00 a.m. to February 5, 2010 at 10:00 a.m.

2. The parties stipulate and agree that the sentencing filings in this case are to be made and due as follows:

      a. Informal objections to the probation report due on January 15, 2010.

      b. Final presentence report due on January 22, 2010.

    c.    Motion for correction of presentence report and sentencing memorandum due on January 29, 2010.

**IT IS SO STIPULATED.**

                              Respectfully submitted,

                              **BAY AREA CRIMINAL LAWYERS, PC**

Dated: December 11, 2009    By:
                              /s/ David J. Cohen
                              DAVID J. COHEN, ESQ.
                              Attorney for Defendant **Griffin**

Dated: December 11, 2009    By:
                              /s/ William S. Wong
                              WILLIAM S. WONG, ESQ.
                              ASSISTANT UNITED STATES ATTORNEY

**IT IS SO ORDERED.**

Dated: December 14, 2009    /s/ Edward J. Garcia
                            U. S. DISTRICT JUDGE