DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Irvin Griffin**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-06-451 EJG |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO CONTINUE DATE** |
| | ) | **FOR SENTENCING HEARING AND** |
| IRVIN GRIFFIN | ) | **ORDER THEREON** |
| Defendant. | ) | |

    Defendant, Irvin Griffin, through his attorney of record, David J. Cohen, Esq., and Assistant United States Attorney, William S. Wong, Esq., after due consultation with United States Probation Officer Scott Storey, jointly request an extension of time for the sentencing hearing in this matter and jointly request the following schedule for sentencing filings in this case:

    1. The parties stipulate and agree that the sentencing hearing in this case should be continued from February 5, 2010 at 10:00 a.m. to March 19, 2010 at 10:00 a.m.

1

2. The parties stipulate and agree that the sentencing filings in this case are to be made and due as follows:

    a. Motion for Correction of Presentence Report and Sentencing Memorandum due on March 12, 2010.

    b. The parties stipulate and agree that the reason for this stipulation is that the government is obtaining and reviewing Mr. Griffin's recent medical records in anticipation of filing its Sentencing Memorandum.

3. United States Probation Officer Scott Storey has been contacted and is available on the requested date. Mr. Storey is, also, based upon further meeting and conferring with defense counsel, amending the Final Presentence Report. This amended report is expected to be filed by February 12, 2010.

**IT IS SO STIPULATED.**

Respectfully submitted,

**BAY AREA CRIMINAL LAWYERS, PC**

Dated: February 1, 2010　　By:
　　/s/ David J. Cohen
　　DAVID J. COHEN, ESQ.
　　Attorney for Defendant **Griffin**

Dated: February 1, 2010　　By:
　　/s/ William S. Wong
　　WILLIAM S. WONG, ESQ.
　　ASSISTANT UNITED STATES ATTORNEY

**IT IS SO ORDERED.**

Dated: February 2, 2010　　/s/ Edward J. Garcia
　　U. S. DISTRICT JUDGE