## Alta Bates Summit
## Medical Center
A Sutter Health Affiliate

Department of
Physical Medicine
and Rehabilitation
DCHC and Spasticity
Management Clinics

Herrick Campus
2001 Dwight Way - #2350
Berkely, CA 94704
510.204.4738
510.204.5892 Fax

May 21, 2010

Honorable Edward J. Garcia
United States District Court for
Eastern District of California
Sacramento, CA

David Cohen, MD
c/o Matt Sullivan
Attorney at Law
Bay Area Criminal Lawyers
300 Montgomery Street, Suite #660
San Francisco, CA 94104
FAX: (415) 398-7500

RE:  Irving Griffin – DOB: 12-14-1986

Dear Judge Garcia:

Irving Griffin is a 23-year-old man with a history of spinal cord injury at the T10 level secondary to gunshot wound injury in July of 2005. He has been followed here at the Disabled Community Health Clinic since September of 2005, after his discharge from Santa Clara Valley Medical Center.

Mr. Giffin is completely paralyzed from the waist down, and has to use a wheelchair for all his mobility needs. He suffers from spasticity in his legs, for which he has to take the medications Baclofen and Tizanidine four times a day, in order to prevent severe spasms and uncontrollable movements that can potentially throw him out of the wheelchair. He has a neurogenic bowel and bladder which require special management, because he lacks normal control of these functions. He has to catheterize himself every 4 hours using special, sterile equipment, and do a special bowel program every other day, using a mini-emena. He needs a special shower chair with a padded seat and a customized cushion for his wheelchair to prevent skin breakdown, because he lacks normal sensation in the buttocks area.

Mr. Griffin is currently doing very well because he has maintained strict adherence to this regime. In the past, however, he has had severe urinary tract infections and pressure sores (skin breakdown) which have required hospitalizations. He is at great risk for development of complications like these if he is in an environment where he cannot maintain the above medical regime.

With You. For Life.                                                              www.altabatessummit.org

Mr. Griffin has recently gotten involved with the Department of Rehab and a counselor there who has gotten him enrolled in a job training schooling program, which he successfully attends.

I have been seeing Mr. Griffin since his initial injury and though he continues to need ongoing medical care, he has made significant and positive gains in his personal life, including his attitude and re-integration into the community. He has positive family relationships both with his mother and significant other and he has made excellent gains in returning to school and job training, which he has made a positive commitment to complete.

It is my hope that you will take into consideration carefully this patient's medical condition and serious risks that could be imposed on his health should he be in a prison setting.

Please feel free to contact me directly at (510) 204-4738 if you wish to discuss this with me or have any additional questions regarding Mr. Griffin.

Sincerely,

Barbara Ridley, RN, FNP
Nurse Practitioner
Disabled Community Health Clinic