## Alta Bates Summit Medical Center

A Sutter Health Affiliate

Department of
Physical Medicine
and Rehabilitation
DCHC and Spasticity
Management Clinics

Herrick Campus
2001 Dwight Way - #2350
Berkely, CA 94704
510.204.4738
510.204.5892 Fax

May 27, 2010

Honorable Edward J. Garcia
United States District Court for
Eastern District of California
Sacramento, CA

David J. Cohen
Attorney at Law
300 Montgomery Street, Suite 660
San Francisco, CA 94104-1901

RE:   Irving Griffin

Dear Judge Garcia:

Mr. Irving Griffin is a 23-year-old male patient with a history of spinal cord injury at the T10 level secondary to a gunshot wound injury he sustained in July of 2005. He has been followed here at Alta Bates Summit Medical Center's Disabled Community Health Clinic by myself, along with Nurse Practitioner Barbara Ridley. He did his inpatient Rehab Program at Santa Clara Valley Medical Center and then his care was transferred to us here as an outpatient.

I would like to address the following current and ongoing medical issues that Mr. Griffin is still having in regard to his current condition and function.

1.  He still continues to have an unusually high number of UTI's and has been seen by a urologist to have medical work-up for this, which he is still undergoing. He has been hospitalized in the past for this.

2.  Still has ongoing issues with skin care and decubitus wounds and ulcers. These are an ongoing challenge for paraplegic patients and can worsen without proper care and treatment.

3.  Has severe spasms in both lower extremities, which are currently being controlled with medications.

4. Has neurogenic bowel and bladder which require special daily regime for emptying his bowel, which include digital stim, suppositories and assistance from his attendant. A daily bowel program can take anywhere from 1 to 2 hours to complete.

I have only touched on a few of the medical problems and important care that Mr. Griffin receives to keep him as healthy as possible and able to stay as independent in the community as possible.

Mr. Griffin has made many positive and significant changes in both his personal and community life since his injury. He has formed positive relationships with family, friends, teachers and mentors. He has a very strong determination to "make it" and start over by his achievements in school, his participation in the Department of Vocational Rehab program and his re-integration has been remarkable.

Despite his past offenses, I feel that this gentleman deserves a fair assessment of his current status, the serious risks that an incarceration would pose on his health, as well as the fact that he has made such positive changes in his life – changes that have had a phenomenal impact on his future.

It is my hope that you will take Mr. Griffin's case with careful and heartfelt thought in coming to your conclusions.

If you have any questions, please feel free to contact me at (510) 204-4738.

Sincerely,

Hussam El-Gohary, M.D.