DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Irvin Griffin**



**FILED**

JUN 7 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-06-451 EJG |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO CONTINUE DATE FOR SENTENCING HEARING AND [PROPOSED] ORDER THEREON** |
| IRVIN GRIFFIN, | ) | |
| Defendant. | ) | |

Defendant Irvin Griffin, through his attorney of record, David J. Cohen, Esq., and Assistant United States Attorney, William S. Wong, Esq., after due consultation with United States Probation Officer Scott Storey, jointly request an extension of time for the sentencing hearing in this matter and jointly request the following schedule for sentencing filings in this case:

1. The parties stipulate and agree that the sentencing hearing in this case should be continued from May 21, 2010 at 10:00 a.m. to January 21, 2011 at 10:00 a.m.

1

2.     The parties stipulate and agree that the reasons for this stipulation, and the date the sentencing filing in this case is to be made and due, are as follows:

a.     Sentencing Memorandum due on January 14, 2011.

b.     The reasons for this stipulation: The defendant recently had a bullet removed from his upper back, which bullet was slowly progressing toward his spine. After the operation, Mr. Griffin experienced continuing spasms surrounding his bladder, pelvic area, and lower back. He was admitted to the emergency room on May 9, 2010, and diagnosed with a urinary tract infection. Defendant is completely paralyzed from the waist down. He suffered a T12 spinal cord/injury fracture that resulted in permanent disability. He has a neurogenic bowel and bladder, meaning the injury to his spine caused him to lose control of these functions and has caused spasticity to this entire lower body region. His nerves have been damaged due to the spinal injury and he has uncontrollable spastic activity throughout his body, particular in his bowels, pelvic area, and legs. He has to be catheretized every four hours using special, sterile equipment, and do a special bowel program, every other day, with a mini-enema. He needs a special shower chair to prevent skin breakdown, which leads to lesions and wounds that can be infected. Skin breakdown has led to decubitus pressure ulcers, with an eschar with some underlying necrotic tissue that required emergency hospitalization and treatment. Defendant has permanent urinary incontinence and needs intermittent catheter and bags to evacuate the bladder and to minimize the amount of bacteria reaching his bladder region. He suffers from spasticity to the legs, for which he has to take the medications Baclofen and Tizandine four times a day, in order to prevent spasms and uncontrollable movements that can potentially throw him from the wheelchair. He has been referred to a urologist to determine if steps can be taken to decrease the frequency of the urinary tract bacterial infections. Therefore, the parties are in agreement that Mr. Griffin's current medical condition should be addressed and stabilized as much as possible prior to any sentencing hearing in this case; we are requesting a continuance commensurate with these goals.

3.    United States Probation Officer Scott Storey has been contacted and has been advised of the new date.

**IT IS SO STIPULATED.**

Respectfully submitted,

**BAY AREA CRIMINAL LAWYERS, PC**

Dated: May 11, 2010          By:
                                    /s/ David J. Cohen
                                    DAVID J. COHEN, ESQ.
                                    Attorney for Defendant **Griffin**

Dated: May 11, 2010          By:
                                    /s/ William S. Wong
                                    WILLIAM S. WONG, ESQ.
                                    Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: 5/28/10

THE HONORABLE EDWARD J. GARCIA
SENIOR UNITED STATES DISTRICT COURT JUDGE

3