DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone:  (415) 398-3900

Attorneys for Defendant **Irvin Griffin**


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-06-451 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO CONTINUE DATE** |
| | ) | **FOR SENTENCING HEARING AND** |
| IRVIN GRIFFIN | ) | **ORDER THEREON** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

Defendant, Irvin Griffin, through his attorney of record, David J. Cohen, Esq., and Assistant United States Attorney, William S. Wong, Esq., after due consultation with United States Probation Officer Scott Storey, jointly request an extension of time for the sentencing hearing in this matter and jointly request the following schedule for sentencing filings in this case:

 1.   The parties stipulate and agree that the sentencing hearing in this case should be continued from January 21, 2011 at 10:00 a.m. to April 29, 2011 at 10:00 a.m.

1

2. The parties stipulate and agree that the sentencing filings in this case are to be made and due as follows:

   a. Sentencing Memorandum due on April 22, 2011.

   b. The parties stipulate and agree that the reason for this stipulation is that Mr. Griffin is scheduled for a Video-Urodynamic Study at the Urology Faculty Practice at UCSF Medical Center with Dr. Deng, her nurse practitioner Edith Miyaki, and the Procedure Center Staff on March 3, 2011 at 9:30 a.m. Mr. Griffin has been hospitalized in the past due to severe urinary tract infections. Mr. Griffin is completely paralyzed from the waist down. Currently, his bladder is leaking. This leakage can lead to more urinary tract infections. Mr. Griffin reports that every time he has a bladder leakage and spasm episode, it causes intense pain throughout his body. When Mr. Griffin has bladder leakage; this causes the bladder to spasm, which causes his legs to spasm involuntarily. Since Mr. Griffin has no feeling in his bladder, when it is full, it involuntarily releases urine, in a spastic manner. The bladder spasms trigger leg spasms which cause Mr. Griffin great pain in his body.

   "The Video-Urodynamic Study evaluates the function of the lower urinary tract. Bladder, sphincter(urethral) and abdominal pressures, urine flow and muscle activity are monitored during the study as your bladder is filled to capacity." (See Exhibit 1).

   Related to this Video-Urodynamic Study, Mr. Griffin also has an additional cystoscopic examination scheduled with Dr. Deng on March 21, 2011 at 8:30 a.m. at the UCSF Urology Faculty Practice. "Cystoscopy is a test that allows your Urologist to look under magnified vision at the inside of the bladder and urethra using a thin lighted instrument with a very small camera (called cystoscope)." (See Exhibit 2).

   Defense counsel has spoken to Edith Miyaki, Dr. Deng's nurse practitioner at UCSF Medical Center; and she indicates that the purpose of these two studies is to formulate a treatment plan for Mr. Griffin's lower urinary tract complications.

   It is expected that the doctors will need to schedule additional appointments after the second procedure on March 21, 2011 to follow up on the results of the evaluation, and to begin any treatment plan for his lower urinary tract complications. The parties are requesting a date in late April 2011. The Cystoscopic Examination itself may cause complications or cause a urinary tract infection.

>    The hope is that a date in late April 2011 will give Mr. Griffin time to address any medical complications arising from the two procedures themselves, and give his urology doctors time to institute whatever treatment plan they deem necessary.

3. United States Probation Officer Scott Storey has been contacted and has been advised of the new date.

**IT IS SO STIPULATED.**

Respectfully submitted,

**BAY AREA CRIMINAL LAWYERS, PC**

Dated: January 11, 2011     By:
/s/ David J. Cohen
DAVID J. COHEN, ESQ.
Attorney for Defendant **Griffin**

Dated: January 11, 2011     By:
/s/ William S. Wong
WILLIAM S. WONG, ESQ.
ASSISTANT UNITED STATES ATTORNEY

**IT IS SO ORDERED.**

Dated: January 19, 2011     /s/ Edward J. Garcia
U. S. DISTRICT JUDGE