DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Irvin Griffin**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-06-451 EJG |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION TO CONTINUE DATE** |
| v. ) | **FOR SENTENCING HEARING AND** |
| ) | **ORDER THEREON** |
| IRVIN GRIFFIN ) | |
| ) | |
| Defendant. ) | |

Defendant, Irvin Griffin, through his attorney of record, David J. Cohen, Esq., and Assistant United States Attorney, William S. Wong, Esq., after due consultation with United States Probation Officer Scott Storey, jointly request an extension of time for the sentencing hearing in this matter and jointly request the following schedule for sentencing filings in this case:

1. The parties stipulate and agree that the sentencing hearing in this case should be continued from April 29, 2011 at 10:00 a.m to July 29, 2011 at 10:00 a.m.

2. The parties stipulate and agree that the sentencing filings in this case are to be made and due as follows:

1

a.  Government's Sentencing Memorandum due on July 18, 2011. (Defense has already filed a Sentencing Memorandum).

   b.  The parties stipulate and agree that the reason for this stipulation is that Mr. Griffin previously underwent a procedure relating to a study of his bladder function to determine a treatment plan. A plan has been formulated by Dr. Donna Deng, an assistant professor of urology and doctor in the department of urology at the University of California San Francisco Medical Center. The studies previously conducted by Dr. Deng, a video-urodynamic study and the cytoscopic examination, have led Dr. Deng to conclude that in order to stabilize Mr. Griffin's bladder, he needs to undergo a procedure, consisting of a Botox injection into his bladder. This procedure is currently scheduled for May 27, 2011.

   In the event this first injection of Botox into his bladder causes positive changes in his medical condition, then Dr. Deng will decide the next phase of treatment, possibly more injections of Botox into the bladder. In the event the Botox procedure does not improve his medical condition, then Dr. Deng will need to decide what other course of action to take.

   Dr. Deng believes that Mr. Griffin should complete his treatment plan at UCSF, as all the studies point to the appropriateness of this. He needs to get the first injection to see if it helps with his condition, before the next steps can be taken to treat his condition, which could include additional Botox injections; or different treatment entirely if this injection does not have a positive impact.

3. United States Probation Officer Scott Storey has been contacted and has been advised of the new date.

**IT IS SO STIPULATED.**

                                    Respectfully submitted,

                              **BAY AREA CRIMINAL LAWYERS, PC**

Dated: April 25, 2011      By:
                              /s/ David J. Cohen
                              DAVID J. COHEN, ESQ.
                              Attorney for Defendant **Griffin**

Dated: April 25, 2011     By:      /s/ William S. Wong
                                   WILLIAM S. WONG, ESQ.
                                   Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: April 25, 2011         /s/ Edward J. Garcia
                              EDWARD J. GARCIA, JUDGE